IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| ROBERT AND MARY ) | |
| KOERKENMEIER, ) | Case No. 04-21089 |
| ) | |
| Debtors. ) | |

## **ORDER**

It is hereby

ORDERED that the objection of the United States Trustee to the Final Application by Virgil D. Rodgers II, Attorney At Law, for Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period of April 2004 Through June 2005 ("Application") is sustained in part and overruled in part; it is further

ORDERED that the Application is approved in part and the Court awards compensation in the sum of $10,675.25 on the condition that Applicant file a motion to reopen this Chapter 11 proceeding and pay any reopening fee required by 28 U.S.C. § 1930.

Dated:   June 13, 2006                /s/ Dennis R. Dow
                                                                THE HONORABLE DENNIS R. DOW
                                                                UNITED STATES BANKRUPTCY JUDGE

Copies to:

Virgil D. Rodgers
Sherri Wattenbarger